IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| JOHNETTA LAVONNE ROWE, | ) | |
| Plaintiff | ) ) ) | |
| vs. | ) | No. CIV-07-336-C |
| STATE OF OKLAHOMA, | ) ) ) | |
| Defendant | ) | |

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation entered by the United States Magistrate Judge on May 11, 2007. The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation of the Magistrate Judge is adopted and the Plaintiff's Application for Writ of Mandamus is dismissed for lack of jurisdiction.

IT IS SO ORDERED this 26th day of June, 2007.

ROBIN J. CAUTHRON
United States District Judge